AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

UNITED STATES OF AMERICA  )
)
)
)
*Plaintiff(s)* )
)
v. ) Civil Action No. 5:18-cv-463-REW
)
JERRY LYNN TOWNSEND, ET AL )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PAMELA R. TOWNSEND
332 Vanover Way
Winchester, KY 40391

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   A. George Mason, Jr.
George Mason Law Firm, PSC
3070 Lakecrest Circle
Suite 400, PMB 278
Lexington, KY 40513

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   07/23/2018

**Robert R. Carr, Clerk**
*Signature of Clerk or Deputy Clerk*   KM

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:18-cv-463-REW

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pamela R. Townsend
was received by me on *(date)* September 18, 2018 .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):* The restricted certified mailing of summons and complaint for the above named Defendant was returned unexecuted by the USPS marked "Unclaimed Unable to Forward" on September 18, 2018.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-24-2018

/s/ A. George Mason, Jr.
*Server's signature*

A. George Mason, Jr.
*Printed name and title*

George Mason Law Firm, PSC
3070 Lakecrest Circle, Suite 400, PMB 278
Lexington, KY 40513
*Server's address*

Additional information regarding attempted service, etc:

**Print**   **Save As...**   **Reset**

U.S. POSTAGE PAID
LEXINGTON, KY
40511
JUL 24, 18
AMOUNT
$13.14
R2304M112862-16



40391



1000

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
RESTRICTED TO:
Pamela R. Townsend
332 Vanover Way
Winchester, KY 40391

RESTRICTED DELIVERY



9590 9402 3111 7166 5934 70

2. Article Number (Transfer from service label)

7015 3010 0000 7973 1255

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority
☐ Register
☐ Register Delivery
☐ Return R Merchan
☐ Signatur
☐ Signatur Restricte

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Re

0269/09/18

406 C8 1
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

NIXIE

CERTIFIED MAIL

7015 3010 0000 7973 1255

son Law Firm
akecrest Circle
400, PMB 278
gton, KY 40513

RESTRICTED DELIVERY

UNCLAIMED
RETURN RECEIPT REQUESTED

RESTRICTED TO:
Pamela R. Townsend
332 Vanover Way
Winchester, KY 40391

